| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton, NJ   08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

In re:

Patrick G. Popo

Order Filed on May 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-31730 / MBK

Hearing Date: April 25, 2017

Judge:  Michael B. Kaplan

CORRECTED

## ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: May 2, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file required schedules, statements, plan and/or summary
- failure to file a feasible plan, income and/or budget statement
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

The court shall retain juristiction on a fee application for a period of 14 days from the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-31730-MBK
Patrick G. Popo                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: May 03, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db            +Patrick G. Popo,    3 Hamilton Court,    Long Branch, NJ 07740-7387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Patrick G. Popo agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 5