Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–31730–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick G. Popo
   3 Hamilton Court
   Long Branch, NJ 07740–7307

Social Security No.:
   xxx–xx–5918

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       6/13/17
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton, PC
Attorney's for Debtor

COMMISSION OR FEES
$6,220.00

EXPENSES
$343.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: May 4, 2017
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-31730-MBK
Patrick G. Popo                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 04, 2017
                              Form ID: 137             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db         +Patrick G. Popo,    3 Hamilton Court,    Long Branch, NJ 07740-7387
cr         +Santander Consumer USA Inc.,    P.O. Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
516506582  +CREDIT ACCEPTANCE CORP,    25505 WEST 12 MILE RD,    SOUTHFIELD , MI 48034-8316
516497937  +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516534166   Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516497938  +Cenlar,   PO Box 77404,    Trenton, NJ 08628-6404
516746672  +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516497939   Credit Acceptance Corp,    PO Box 551888,    Detroit, MI 48255-1888
516497940  +Home Bridge Finanical Solutions, Inc.,    f/k/a Real Estate Mortgage Network, Inc.,
             c/o KML Law Group, P.C.,    216 Haddon Avenue; Suite 406,    Westmont, NJ 08108-2812
516497943  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State Of New Jersey,    N.J. Division of Taxation,
             Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245)
516497942   Santander Consumer USA,    Attn: Bankruptcy Department,    PO Box 560284,
             Dallas, TX 75356-0284
516539953  +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516511254  +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
             Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 04 2017 22:01:08     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2017 22:01:06     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516497941   E-mail/Text: cio.bncmail@irs.gov May 04 2017 22:00:50     IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
            (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
             Southfield, MI  48034)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Patrick G. Popo agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 5